IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CV-24185-ALTONAGA/O'SULLIVAN

NBCUNIVERSAL MEDIA, LLC, a Delaware
limited liability company formerly known as
NBC Universal, Inc.; UNIVERSAL
CITY STUDIOS LLC, a Delaware limited liability
company, and E! ENTERTAINMENT TELEVISION,
LLC, a Delaware limited liability company,

    Plaintiffs,

v.

NBCU PRODUCTIONS, LLC, a Florida limited
liability company, d/b/a BUSINESS TODAY TV;
TAMMY LYNN KIELAR a/k/a TAMARA MARCIA
a/k/a TAMMY LYNN VISSER, an individual;
E TELEVISION PRODUCTIONS, LLC, a Florida
limited liability company; JOHN DOE 1 a/k/a
JACK WINTERS, an individual; JOHN DOE 2
d/b/a BTTV Productions, a corporation or
limited company; JOHN DOE 3 a/k/a LUKE MARKS,
an individual; JOHN DOE 4 a/k/a MARK ALLEN, an
individual; JOHN DOE 5 a/k/a JOE CURLEE a/k/a
JOE CYURLY a/k/a JOE CURLY, an individual;
JANE DOE 1 a/k/a LINDA WALKER a/k/a
LINDA WATERS, an individual.

    Defendants.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs NBCUniversal Media, LLC, Universal City Studios LLC, and E! Entertainment Television, LLC, together with Defendants NBCU Productions, LLC, Tammy Lynn Kielar, and E Television Productions, LLC, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of all claims in this action, with each party to bear its own costs and attorneys' fees.

42041014;1

Date: July 17, 2017                                Respectfully submitted,

| | |
|---|---|
| */s/ Ilana Tabacinic* | */s/ Scott J. Link* |
| **MICHAEL CHAVIES** | **SCOTT J. LINK** |
| Florida Bar No. 0191254 | Florida Bar No. 602991 |
| **ILANA TABACINIC** | **ACKERMAN, LINK & SARTORY, P.A.** |
| Florida Bar No. 57597 | 777 South Flagler Drive, Suite 800 East |
| **AKERMAN LLP** | West Palm Beach, Florida 33401 |
| Three Brickell City Centre | Telephone: (561) 838-4100 |
| 98 Southeast 7th Street, Suite 1100 | Facsimile: (561) 838-5305 |
| Miami, Florida 33131 | slink@alslaw.com |
| Telephone: (305) 374-5600 | |
| Facsimile: (305) 374-5095 | *Attorney for Defendants NBCU* |
| michael.chavies@akerman.com | *Productions, LLC, Tammy Kielar and E* |
| ilana.tabacinic@akerman.com | *Television Productions, LLC* |

and

**MARK D. PASSLER**
Florida Bar No. 0058068
**AKERMAN LLP**
777 S. Flagler Drive
Suite 1100, West Tower
West Palm Beach, Florida 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
mark.passler@akerman.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of July 2017, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronic Notices of Filing.

                                          */s/ Ilana Tabacinic*
                                          Attorney

## SERVICE LIST

*NBCUniversal Media, LLC v. NBCU Productions, LLC*
**CASE NO. 16-CV-24185-ALTONAGA/O'SULLIVAN**
<u>U.S. District Court, Southern District of Florida</u>

*(Service by U.S. Mail)*

John Doe 3 a/k/a Luke Marks
200 South Biscayne Blvd.
Suite 2790
Miami, Florida 33131

*(Service via CM/ECF)*

Scott J. Link, Esq.
ACKERMAN, LINK & SARTORY, P.A.
777 South Flagler Drive, Suite 800 East
West Palm Beach, FL 33401
Tel.: 561-838-4100
Fax: 561-838-5305
slink@alslaw.com

*Attorney for Defendants NBCU Productions, LLC, Tammy Kielar, and E Television Productions, LLC*